UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

    v.                                                               3:04-CR-495

WALTER C. PARKER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

      Defendant Walter Parker has written the Court stating that he is dissatisfied with his trial counsel's performance and that he would like a new attorney and a new trial. Based upon this letter, it seems that Defendant is seeking a new trial based on the ineffective assistance of trial counsel. Defendant may either raise the issue on direct appeal to the Second Circuit or by making an appropriate motion pursuant to 28 U.S.C. § 2255. Moreover, aa copy of any future submissions to the Court must also be provided to the United States Attorney's Office.

      Accordingly, Defendant's request is DENIED WITH LEAVE TO RENEW EITHER UPON APPEAL OR UPON A MOTION PURSUANT TO 28 U.S.C. § 2255.

IT IS SO ORDERED.

Dated:June1,2005

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge